IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRAVIS MORGAN,

    Plaintiff,

v.

STANLEY WILLIAMS; DR. JEFFRIES;
and Nurse HUTCHINSON,

    Defendants.

CIVIL ACTION NO.: CV614-056

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that he has not received adequate medical care. Plaintiff also contends that he was informed that he was being denied medical treatment "due to his [d]isciplinary conduct." (Doc. No. 13, p. 6).

Plaintiff's Objections offer no new or different allegations against the named Defendants and are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against Defendant Jeffries and his retaliation claims are **DISMISSED**.

SO ORDERED, this 25 day of Sept., 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)