UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRAVIS MORGAN,

Plaintiff,

v. 6:14-cv-56

STANLEY WILLIAMS; DR. JEFFRIES; and SUSAN HUTCHINSON

Defendants.

## ORDER

In a letter dated September 20, 2014, Plaintiff Travis Morgan requested from the Court a transfer from Smith State Prison and/or a Temporary Restraining Order. ECF No. 16 at 1. Morgan alleges that Defendants Stanley Williams and Susan Hutchinson are retaliating against him for filing complaints and that, as a result, his "'Equal Protection Rights'" are being violated for each grievance he files. *Id.* For the reasons set forth below, the Court **DENIES** Morgan's requests.

As for Morgan's request to be transferred from Smith State Prison to another facility, the Court is without power to grant relief. "The federal courts do not sit to supervise state prisons, the administration of which is of acute interest to the States." *Meachum v. Fano*, 427 U.S. 215, 229 (1976). "It is well settled that the decision where to house inmates is at the core of prison administrators' expertise." *McKune v. Lile*, 536 U.S. 24, 39 (2002). Absent a showing of imminent grave harm, the Court will not, and should not, intervene in the state's prison administration by ordering the transfer of a prisoner. *See Streeter v. Hopper*, 618 F.2d 1178, 1181-82 (5th Cir. 1980) (upholding an order to transfer state prisoners where prisoners showed an imminent threat to their lives and state officials retained discretion as to where to transfer the prisoners). Morgan has alleged no imminent threat of grave harm sufficient to warrant the Court's intervention in Georgia's prison administration.

Regarding Morgan's request that the Court issue a Temporary Restraining Order, he has failed to allege any irreparable injury that will befall him absent the Court's issuance of such an order. Accordingly, issuance of a Temporary Restraining Order is not proper here. *See Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1231 (11th Cir. 2005) ("The purpose of a temporary restraining order . . . is to protect against irreparable injury . . . .").

Therefore the Court **DENIES** Morgan's requests for a transfer from Smith State Prison and/or a Temporary Restraining Order.

This 2 day of October 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA