IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRAVIS MORGAN,

    Plaintiff,

v.

STANLEY WILLIAMS, and
SUSAN HUTCHINSON,

    Defendants.

CIVIL ACTION NO.: CV614-056

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's monetary damages claims against Defendants Williams and Hutchinson in their official capacities are **DISMISSED.**

**SO ORDERED**, this 24 day of NOV, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)