IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TRAVIS MORGAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV614-056 |
| STANLEY WILLIAMS and SUSAN HUTCHINSON, | : |
| Defendants. | : |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Defendants' Motion to Dismiss, (Doc. 35), is **GRANTED**. Plaintiff's claims against Defendant Williams are **DISMISSED**, without prejudice, based on Plaintiff's failure to exhaust his administrative remedies. Plaintiff's claims against Defendant Hutchinson are **DISMISSED** based on Plaintiff's failure to state a claim. Plaintiff's Complaint, as amended, (Docs. 1, 8, 21), is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA